E.K. WADE (Pro Se)
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597

JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MELISSA K. BROWN (SBN 203307)
Assistant United States Attorney
    450 Golden Gate Avenue, 10th Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-6962
    Facsimile: (415) 436-6748
    Email: melissa.k.brown@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E.K. WADE,<br><br>    Plaintiff,<br><br>v.<br><br>WOODY GILLIAND, in his Individual capacity; WILLIAM SMITHERMAN; in his Individual capacity; GEORGIA MARTIN, in her Individual capacity; ALICE YOUNG, in her Individual capacity; SARAH NELSON, in her Individual capacity; KATHYANN BATISTE, in her Individual capacity; and BERLENE ROBERTS, in her Individual capacity;<br><br>    Defendants | No. C-10-00425 SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND OR ANSWER** |

WHEREAS, on April 1, 2010 at approximately 2:20 p.m., plaintiff E.K. Wade informed Assistant United States Attorney, Melissa K. Brown via telephone that he was personally present when the United States Attorney's Office on the 11th floor of 450 Golden Gate Avenue, San Francisco, CA 94102, in the criminal division was served with the summons and complaint in the above-captioned action;

WHEREAS, Assistant United States Attorney, Melissa K. Brown in the civil division located on the 9th Floor of 450 Golden Gate Avenue, San Francisco, CA, 94102 and the civil

1. division paralegal were not made aware of this fact and mistakenly believed the summons and
2. complaint to have been sent via overnight mail, and thus not in compliance with Rule 4 of the
3. Federal Rules of Civil Procedure;
4. WHEREAS, pursuant to the Federal Rules of Civil Procedure, the responsive pleading is
5. due on April 2, 2010;
6. WHEREAS, on April 1, 2010, the parties have agreed to extend the time for the Federal
7. Defendant to file and serve a responsive pleading until April 9, 2010;
8. ACCORDINGLY, it is agreed that the Federal Defendant shall have until April 9, 2010 to
9. file a responsive pleading and or Answer in the above-captioned matter.
10. So Stipulated.
11. DATED: April 1, 2010              Respectfully submitted,
12.                                    JOSEPH P. RUSSONIELLO
13.                                    United States Attorney
14.
15.                                    /s/ *Melissa Brown*
                                       MELISSA K. BROWN
16.                                    Assistant United States Attorney
17.
18. Dated: April 1, 2010               /s/ *E.K. Wade*
19.                                    E.K. WADE
                                       Pro Se Plaintiff
20.

JOINT STIPULATION TO EXTEND TIME FOR FEDERAL DEFENDANT TO FILE RESPONSIVE PLEADING
C-10-00425 SI

2

1 **[PROPOSED] ORDER**

2 Pursuant to the stipulation of the parties, the Federal Defendant shall have until April 9,

3 2010 to file a responsive pleading and/or Answer in the above-captioned matter.

5 **IT IS SO ORDERED**

7 Dated: _____

                                                                      _____
8                                                                      SUSAN ILLSTON
                                                                      United States District Court Judge

JOINT STIPULATION TO EXTEND TIME FOR FEDERAL DEFENDANT TO FILE RESPONSIVE PLEADING
C-10-00425 SI

3