Catherine W. Johnson, Bar No. 135070
William C. Acevedo, Bar No. 194106
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California  94607
Telephone:  (510) 834-6600
Fax:  (510) 834-1928
Email:  wacevedo@wendel.com

Attorneys for Plaintiff
Golden Gate Way, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Golden Gate Way, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>Jeanne Stewart, Jeanne's Hamlin Cleaners, Hamlin Cleaners, Leonard A. Gross, Linda Capin Gross, Contractors Capital Corporation, Leonard A. Gross Professional Corporation, and DOES 1-10, inclusive<br><br>Defendants. | Case No.  C09-04458 JCS<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS LINDA CAPIN GROSS AND CONTRACTORS CAPITAL CORPORATION; [PROPOSED] ORDER** |

Plaintiff Golden Gate Way, LLC and Defendants Jeanne Stewart, Jeanne's Hamlin Cleaners, Hamlin Cleaners, Leonard A. Gross, Linda Capin Gross, Contractors Capital Corporation, Leonard A. Gross Professional Corporation, hereby stipulate, by and through their respective counsel, as follows:

**STIPULATION**

WHEREAS Plaintiff filed its Complaint for Damages and Declaratory Relief on September 22, 2009 (the "Complaint");

WHEREAS all of the named defendants, with the exception of Defendant Contractors Capital Corporation, have answered the Complaint;

WHEREAS Defendant Linda Capin Gross has provided evidence, under the penalty of perjury, purporting that she has no connection to the subject property of this action so as to render her liable for the environmental contamination of said property as she allegedly neither owned nor operated the property or any business located on said property at any time; and

WHEREAS Defendant Contractors Capital Corporation has provided sworn testimony through its agent, Mr. Barry Gross, under the penalty of perjury, purporting that it has no connection to the subject property of this action so as to render it liable for the environmental contamination of said property as it allegedly neither owned nor operated the property or any business located on said property at any time;

WHEREAS Defendants Linda Capin Gross and Contractors Capital Corporation have requested dismissals without prejudice based upon the sworn testimony and/or declarations provided by them;

It is hereby stipulated that:

1. The Parties shall request, and hereby does request, that the Court dismiss without prejudice the above-captioned action and related counterclaims as to Defendants Linda Capin Gross and Contractors Capital Corporation pursuant to Federal Rules of Civil Procedure Rule 41(a)(1). Defendants Linda Capin Gross and Contractors Capital Corporation are to bear their own costs and attorney's fees.

2. Should evidence be developed during the course of the litigation of the above-

1  captioned action and related counterclaims that refutes the evidence of non-liability proffered by
2  Defendant Linda Capin Gross or Defendant Contractors Capital Corporation, respectively, said
3  parties may be brought back into this action, regardless of the stage of the proceedings of this
4  action.

5  **IT IS SO STIPULATED.**

6

7  Dated: April 2, 2010                                    WENDEL, ROSEN, BLACK & DEAN LLP

8

9                                                          By: /s/ William C. Acevedo
10                                                             William C. Acevedo
                                                               Attorneys for Plaintiff
11                                                             Golden Gate Way, LLC, a California
                                                               limited liability company

12  Dated: April 2, 2010                                   VERNON LAW OFFICE

13

14                                                         By: /s/ Cecelia Fusich
15                                                             Cecelia Fusich
                                                               Attorneys for Defendants Jeanne Stewart,
                                                               Jeanne's Hamlin Cleaners, and Hamlin
16                                                             Cleaners

17  Dated: April 2, 2010                                   MCINERNEY & DILLON, P.C.

18

19                                                         By: /s/ Timothy F. Winchester
20                                                             Timothy F. Winchester
                                                               Attorneys for Defendant
21                                                             Linda Capin Gross

22  Dated: April 2, 2010                                   THE LLOYD LAW GROUP, P.C.

23

24                                                         By: /s/ Andrew Lloyd
                                                               Andrew Lloyd
25                                                             Attorneys for Defendants Leonard A.
                                                               Gross; Leonard A. Gross, P.C.; and
26                                                             Contractors Capital Corporation, a
                                                               California corporation

27

28

*STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS LINDA CAPIN GROSS AND CONTRACTORS CAPITAL CORPORATION; ORDER*       - 2 -

015951.0001\1485061.1

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607

**ORDER**

Upon good cause appearing therefore, IT IS HEREBY ORDERED THAT:

Defendants Linda Capin Gross and Contractors Capital Corporation are hereby dismissed without prejudice from this action in accordance with the stipulation of the parties.

Dated: April __, 2010

_____
Susan Illston
United States District Court Judge

*STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS LINDA CAPIN GROSS AND CONTRACTORS CAPITAL CORPORATION; ORDER* - 3 -

015951.0001\1485061.1

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607