Catherine W. Johnson, Bar No. 135070
William C. Acevedo, Bar No. 194106
Greggory C. Brandt, Bar No. 189487
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: gbrandt@wendel.com

Attorneys for Plaintiff, Counterdefendant and
Crossdefendant Golden Gate Way, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Golden Gate Way, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>Jeanne Stewart, Jeanne's Hamlin Cleaners, Hamlin Cleaners, Leonard A. Gross, Linda Capin Gross, Contractors Capital Corporation, Leonard A. Gross Professional Corporation, and DOES 1-10, inclusive<br><br>Defendants. | Case No. C09-04458 DMR<br><br>**STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT AND TIME FOR RESPONSIVE PLEADINGS AND ORDER THEREON** |

PURSUANT TO Federal Rules of Civil Procedure Rule 15(a)(2), the undersigned parties, through their respective attorneys of record, stipulate and agree as follows:

IT IS HEREBY STIPULATED that plaintiff may file a First Amended Complaint, a copy of which is attached hereto.

IT IS FURTHER STIPULATED that the defendants waive notice and service of the First Amended Complaint and that responsive pleadings must be filed and served on or before July 6, 2010, unless otherwise agreed to by the parties, with the exception of a responsive pleading from newly added defendant, Tommy Lee Stewart, who must file and serve a responsive pleading on or

*STIP FOR FILING OF 1ST AMENDED COMPLAINT AND TIME FOR RESPONSIVE PLEADINGS AND ORDER THEREON CASE NO:C09-04458 DMR*  - 1 -

015951.0001\1550659.1

before August 5, 2010.

    IT IS SO STIPULATED.

Dated: June 9, 2010            WENDEL, ROSEN, BLACK & DEAN LLP

By   /s/
  Greggory C. Brandt
  Attorneys for Plaintiff Golden Gate Way, LLC, a
  California limited liability company

Dated: June 9, 2010            VERNON LAW OFFICE

By   /s/
  Ceceilia Fusich
  Attorneys for Defendant Jeanne Stewart, Jeanne's
  Hamlin Cleaners, and Jeanne Stewart dba Hamilin
  Cleaners

Dated: June 9, 2010            THE LLOYD LAW GROUP, P.C.

By   /s/
  Andrew Lloyd
  Attorneys for Defendants Leonard A. Gross;
  Leonard A. Gross, P.C.; and Contractors Capital
  Corporation, a California corporation

**ORDER**

    IT IS HEREBY ORDERED THAT responsive pleadings to the First Amended Complaint must be filed and served on or before July 6, 2010, unless otherwise agreed to by the parties, with the exception of a responsive pleading from newly named defendant, Tommy Lee Stewart, who must file and serve a responsive pleading on or before August 5, 2010.

Dated: __6/16/2010_____      _____

                                                       DONNA M. RYU, U.S. Magistrate Judge

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607

*STIP FOR FILING OF 1ST AMENDED COMPLAINT AND TIME FOR RESPONSIVE PLEADINGS AND ORDER THEREON CASE NO:C09-04458 DMR*      - 2 -

015951.0001\1550659.1