1 David F. Wood (State Bar No. 68063)
Amy L. Foscalina (State Bar No. 196936)
2 Matthew O. Kovacs (State Bar No. 268488)
Wood, Smith, Henning & Berman LLP
3 10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
4 Phone: 310-481-7600    Fax: 310-481-7650
E-mail:   dwood@wshblaw.com
5           afoscalina@wshblaw.com
          mkovacs@wshblaw.com
6

7 Attorneys for Defendants and Cross-Defendants, JEANNE STEWART, JEANNE'S HAMLIN CLEANERS, JEANNE STEWART dba HAMLIN
8 CLEANERS (erroneously sued as Hamlin Cleaners), and TOMMY LEE STEWART

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| GOLDEN GATE WAY, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>JEANNE STEWART, JEANNE'S HAMLIN CLEANERS; HAMLIN CLEANERS; LEONARD A. GROSS, LINDA CAPIN GROSS; CONTRACTORS CAPITAL CORPORATION; LEONARD A. GROSS PROFESSIONAL CORPORATION; and DOES 1-10, INCLUSIVE,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | CASE NO. 09-CV-04458-DMR<br><br>**AMENDED SUBSTITUTION OF ATTORNEY**<br><br>Complaint Filed: 9/22/09<br><br>[Assigned for All Purposes to Magistrate Judge Donna M. Ryu, Courtroom 4] |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Amy L. Foscalina of Wood, Smith, Henning & Berman LLP hereby replaces Stephen M. Vernon and Cecelia C. Fusich of Vernon Law Office as counsel, and hereby represents Defendants

and Cross-Defendants, JEANNE STEWART, JEANNE'S HAMLIN CLEANERS, JEANNE STEWART dba HAMLIN CLEANERS (erroneously served as Hamlin Cleaners) and TOMMY LEE STEWART in the above-entitled action.

Please add this firm to your service lists and forward all future pleadings, correspondence, and discovery accordingly.

The substitution is consented to by the undersigned.

DATED: July 28, 2010

*/s/ Jeanne Stewart*
JEANNE STEWART

DATED: July 28, 2010

*/s/ Tommy Lee Stewart*
TOMMY LEE STEWART

DATED: July 28, 2010     WOOD, SMITH, HENNING & BERMAN LLP

By: _____
DAVID F. WOOD
AMY L. FOSCALINA
MATTHEW O. KOVACS
Attorneys for Defendants and Cross-Defendants, JEANNE STEWART, JEANNE'S HAMLIN CLEANERS, JEANNE STEWART dba HAMLIN CLEANERS (erroneously sued as Hamlin Cleaners), and TOMMY LEE STEWART

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600   FAX 310-481-7650

and Cross-Defendants, JEANNE STEWART, JEANNE'S HAMLIN CLEANERS, JEANNE STEWART dba HAMLIN CLEANERS (erroneously served as Hamlin Cleaners) and TOMMY LEE STEWART in the above-entitled action.

Please add this firm to your service lists and forward all future pleadings, correspondence, and discovery accordingly.

The substitution is consented to by the undersigned.

DATED: July 28, 2010

_____
JEANNE STEWART

DATED: July 28, 2010

_____
TOMMY LEE STEWART

DATED: July 28, 2010          WOOD, SMITH, HENNING & BERMAN LLP

By: *s/ Amy L. Foscalina*
     DAVID F. WOOD
     AMY L. FOSCALINA
     MATTHEW O. KOVACS
Attorneys for Defendants and Cross-Defendants, JEANNE STEWART, JEANNE'S HAMLIN CLEANERS, JEANNE STEWART dba HAMLIN CLEANERS (erroneously sued as Hamlin Cleaners), and TOMMY LEE STEWART

DATED: July 27, 2010          VERNON LAW OFFICE

                              By: /s/ CC
                                  CECELIA C. FUSICH
                              Former Attorney for Defendants and Cross-
                              Defendants, JEANNE STEWART, JEANNE'S
                              HAMLIN CLEANERS and JEANNE STEWART
                              dba HAMLIN CLEANERS (erroneously sued as
                              Hamlin Cleaners) and Cross-Defendant TOMMY
                              LEE STEWART

IT IS SO ORDERED.

DATED: July 29, 2010

                              /s/ Donna M. Ryu
                              _____
                              Honorable Donna M. Ryu
                              Magistrate Judge of the Federal District
                              Court for the Northern District of
                              California

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650