WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7500 ♦ FAX 310-481-7650

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| GOLDEN GATE WAY, LLC, a California Limited Liability Company, | CASE NO. 09-CV-04458-DMR |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR CROSS-DEFENDANT TO REPLY TO CROSS-CLAIM** |
| v. | |
| JEANNE STEWART, JEANNE'S HAMLIN CLEANERS; HAMLIN CLEANERS; LEONARD A. GROSS, LINDA CAPIN GROSS; CONTRACTORS CAPITAL CORPORATION; LEONARD A. GROSS PROFESSIONAL CORPORATION; and DOES 1-10, INCLUSIVE, | Complaint Filed: 9/22/09 |
| | [Assigned for All Purposes to Magistrate Judge Donna M. Ryu] |
| Defendants. | |
| AND RELATED CROSS-ACTIONS. | |

Pursuant to Stipulation of Defendants and Cross-Defendants, LEONARD A. GROSS and LEONARD A. GROSS PROFESSIONAL CORPORATION and Defendant and Cross-Defendant TOMMY LEE STEWART:

IT IS SO ORDERED:

1      Defendant and Cross-Defendant, Tommy Lee Stewart, will be given

2  until August 17, 2010 to respond to the Cross-Claims of Leonard A. Gross

3  and Leonard A. Gross Professional Corporation.

4

5      PURSUANT TO STIPULATION, IT IS SO ORDERED

6

7  DATED:  July 2 . 2010

8

9                                 _____

10                    Honorable Donna M. Ryu
               Magistrate Judge of the Federal District

11                    Court for the Northern District of
                            California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

LEGAL:05971-0037/1439216.1

-2-

[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR CROSS-DEFENDANT TO REPLY TO CROSS-CLAIM