WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| GOLDEN GATE WAY, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>JEANNE STEWART, JEANNE'S HAMLIN CLEANERS; HAMLIN CLEANERS; LEONARD A. GROSS, LINDA CAPIN GROSS; CONTRACTORS CAPITAL CORPORATION; LEONARD A. GROSS PROFESSIONAL CORPORATION; and DOES 1-10, INCLUSIVE,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | CASE NO. 09-CV-04458-DMR<br><br>[PROPOSED] ORDER GRANTING STIPULATION ALLOWING DEFENDANTS AND CROSS-DEFENDANTS JEANNE STEWART, JEANNE'S HAMLIN CLEANERS AND JEANNE STEWART DBA HAMLIN CLEANERS TO FILE AMEND ANSWER TO FIRST AMENDED COMPLAINT TO INCLUDE CROSS-CLAIMS AND COUNTERCLAIMS<br><br>Complaint Filed: 9/22/09<br><br>[Assigned for All Purposes to Magistrate Judge Donna M. Ryu, Courtroom 4] |

Pursuant to Stipulation of Plaintiff, GOLDEN GATE WAY, LLC, Defendants and Cross-Defendants, JEANNE STEWART, JEANNE'S HAMLIN CLEANERS, JEANNE STEWART dba HAMLIN CLEANERS (erroneously sued as Hamlin Cleaners), TOMMY LEE STEWART,

LEONARD A. GROSS, and LEONARD A. GROSS PROFESSIONAL CORPORATION:

IT IS SO ORDERED

Defendants and Cross-Defendants, JEANNE STEWART, JEANNE'S HAMLIN CLEANERS, JEANNE STEWART dba HAMLIN CLEANERS (erroneously sued as Hamlin Cleaners), and TOMMY LEE STEWART will be given until August 17, 2010 to file an amended responsive pleading to the First Amended Complaint for Damages and Declaratory Relief.

Said amended pleading will include certain cross-claims and counter-claims.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: July 2, 2010

_____
Honorable Donna M. Ryu
Magistrate Judge of the Federal District Court for the Northern District of California