HANSON BRIDGETT LLP
CATHERINE W. JOHNSON, BAR No. 135070
cjohnson@hansonbridgett.com
SOPHIA B. BELLOLI, BAR No. 238403
sbelloli@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 995-5835
Facsimile: (415) 995-3598

Attorneys for Plaintiff
Golden Gate Way, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| GOLDEN GATE WAY, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>JEANNE STEWART, JEANNE'S HAMLIN CLEANERS, JEANNE STEWART dba HAMLIN CLEANERS, TOMMY LEE STEWART, LEONARD A. GROSS, LEONARD A. GROSS PROFESSIONAL CORPORATION, and DOES 1-10, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS AND COUNTER-CLAIMS. | No. C09-CV-04458-DMR<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>Complaint Filed: 9/22/09<br><br>[Assigned for All Purposes to Magistrate Judge Donna M. Ryu, Courtroom 4] |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Golden Gate Way, LLC hereby substitutes the firm of Hanson Bridgett LLP as attorneys of record in place, and instead of, Wendel, Rosen, Black & Dean LLP.

Please add this firm, and the above-captioned attorneys, to your service lists and forward all future pleadings, correspondence and discovery accordingly.

1

SUBSTITUTION OF ATTORNEY

2495193.1

| | | |
|---|---|---|
| 1 | This substitution is consented to by the undersigned. | |
| 2 | I accept the above substitution. | |
| 3 | DATED: August 5, 2010 | By: /s/ WP |
| 4 | | WILLIAM PEACOCK<br>Golden Gate Way, LLC |
| 5 | | |
| 6 | I consent to the above substitution. | WENDEL, ROSEN, BLACK & DEAN LLP |
| 7 | DATED: August __, 2010 | |
| 8 | | By: _____ |
| 9 | | GREGGORY C. BRANDT<br>Attorneys for Plaintiff<br>Golden Gate Way, LLC |
| 10 | | |
| 11 | I consent to the above substitution. | HANSON BRIDGETT LLP |
| 12 | DATED: August __, 2010 | |
| 13 | | |
| 14 | | By: _____<br>CATHERINE W. JOHNSON<br>Attorneys for Plaintiff<br>Golden Gate Way, LLC |
| 15 | | |
| 16 | | |
| 17 | IT IS SO ORDERED. | |
| 18 | | |
| 19 | | |
| 20 | DATED this ___ day of _____, 2010 | _____<br>Honorable Donna M. Ryu<br>Magistrate Judge of the Federal District Court for the Northern District of California |

SUBSTITUTION OF ATTORNEY               2495193.1

| | |
|---|---|
| This substitution is consented to by the undersigned. | |
| I accept the above substitution. | |
| DATED: August __, 2010 | By:_____<br>WILLIAM PEACOCK<br>Golden Gate Way, LLC |
| | |
| I consent to the above substitution. | WENDEL, ROSEN, BLACK & DEAN LLP |
| DATED: August 4, 2010 | By:_____<br>GREGGORY C. BRANDT<br>Attorneys for Plaintiff<br>Golden Gate Way, LLC |
| I consent to the above substitution. | HANSON BRIDGETT LLP |
| DATED: August 4, 2010 | By:_____<br>CATHERINE W. JOHNSON<br>Attorneys for Plaintiff<br>Golden Gate Way, LLC |

IT IS SO ORDERED.

DATED this 9th day of August, 2010

_____
Honorable Donna M. Ryu
Magistrate Judge of the Federal District Court for the Northern District of California

*[Seal: United States District Court, Northern District of California — Judge Donna M. Ryu]*

---

SUBSTITUTION OF ATTORNEY

2

2495193.1

# PROOF OF SERVICE

I, Keith Kiley, declare that I am a resident of the State of California. I am over the age of 18 years and not a party to the above entitled action and that my business address is Hanson Bridgett. 425 Market Street, 26th Floor, San Francisco, CA. August 6, 2010 I served a true and accurate copy of the document entitled:

## SUBSTITUTION OF ATTORNEY

on the party in said action by delivering a true copy thereof to the person indicated below:

Stephen E. Vernon
Cecilia C. Fusich
Vernon Law Office
2300 Geng Road, STE 200
Palo Alto, CA 94303

Timothy F. Winchester
McInerny & Dillon, P.C.
1999 Harrison Street, Ste 1700
Oakland, CA 94612-4799

Andrew Thomas Lloyd
The Lloyd Law Group PC
4637 Chabot Drive, Suite 102
Pleasanton, CA 94588

☒ (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett's practices for collecting and processing documents for mailing with United States Postal Service. Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at 425 Market Street, 26th Floor, San Francisco, California 94105. The above referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.

☐ (By Express Mail pursuant to Code of Civil Procedure section 1013.) I deposited each sealed envelope, with the postage prepaid, to be delivered via _____ to the party(ies) so designated on the service list.

☐ (By Telecopy Fax pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett's practice for processing of documents via Telefax. Following these ordinary business practices, I directed that the above referenced documents(s) be placed in the Telefax machine, with all costs of Telefaxing prepaid, directed to each of the party(ies) listed on the attached service list using the last Telefax numbers(s) given by the party(ies), and processed through the Telefax equipment, until a report is provided by that equipment indicating that the Telefax operation was successful. A copy of the Telefax report indicating successful transmission is attached hereto.

| | |
|---|---|
| 1 | ☐ (By Electronic Transmission based on a court order or an agreement of the parties to accept service by email or electronic transmission.) I am readily familiar with Hanson Bridgett's practices for transmitting documents by electronic mail via internet service provider. I caused the documents to be sent to the persons at the email addresses listed for each addressee on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on August 6, 2010 at San Francisco, California.

_____
Keith Kiley

3

SUBSTITUTION OF ATTORNEY

2495193.1