UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOLDEN GATE WAY, LLC            No. C-09-04458-DMR

       Plaintiff(s),                       **ORDER VACATING SETTLEMENT CONFERENCE**

     v.

STEWART ET AL

       Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of the parties' "Stipulated Request to Continue Settlement Conference and Trial Date and for New Case Management Conference Schedule." The parties are reminded that the last day to add additional parties was August 16, 2010. *See* Docket No. 64. The Court received no request to extend this deadline.

The Court orders the following:

1. In light of the parties' representations that they intend to engage in private mediation, the settlement conference set for November 1, 2010 at 9:30 a.m. is VACATED. The parties shall update the Court on their ADR efforts in their joint case management conference statement due on October 27, 2010.

2. The parties shall address any request for changes in the case schedule in their updated joint case management conference statement, and the Court will issue any changes in the case schedule after the November 3, 2010 case management conference.

sc-vacated

IT IS SO ORDERED.

Dated: September 17, 2010



_____
DONNA M. RYU
United States Magistrate Judge