HANSON BRIDGETT LLP
CATHERINE W. JOHNSON, Bar No. 135070
cjohnson@hansonbridgett.com
MICHAEL J. VAN ZANDT, Bar No. 96777
mvanzandt@hansonbridgett.com
SOPHIA B. BELLOLI, Bar No. 238403
sbelloli@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:    (415) 995-5835
Facsimile:    (415) 995-3598

Attorneys for Plaintiff
Golden Gate Way, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| GOLDEN GATE WAY, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>JEANNE STEWART, JEANNE'S HAMLIN CLEANERS, JEANNE STEWART dba HAMLIN CLEANERS, TOMMY LEE STEWART, LEONARD A. GROSS, LEONARD A. GROSS PROFESSIONAL CORPORATION, and DOES 1-10, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS AND COUNTER-CLAIMS. | No. C09-CV-04458-DMR<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND LAST DAY TO ADD ADDITIONAL PARTIES**<br><br>Complaint Filed:  9/22/09<br><br>[Assigned for All Purposes to Magistrate Judge Donna M. Ryu, Courtroom 4] |

## STIPULATION

WHEREAS, the June 17, 2010 Case Management Order provides that the last day to add additional parties to the case was August 16, 2010;

WHEREAS, Defendants Jeanne Stewart, Jeanne's Hamlin Cleaners, Jeanne Stewart dba Hamlin Cleaners and Tommy Lee Stewart (hereafter the "Stewart Defendants") have cross-claimed against eleven (11) new parties;

| 1 | WHEREAS, Plaintiff Golden Gate Way has also filed cross-claims against the majority of these new cross-defendants;
| 3 | WHEREAS, service of the cross-defendants by the Stewart Defendants and Plaintiff is underway;
| 5 | WHEREAS, the parties desire to enlarge the time to add additional parties to allow time for investigation as to whether additional cross-claims against the cross-defendants named by the Stewart Defendants and claims against any new parties should be filed;
| 9 | WHEREAS, the parties have previously stipulated to take the Settlement Conference off calendar so as to allow for private mediation and the Court has granted that request;
| 12 | WHEREAS, the parties therefore request that the Court extend the last day to add additional parties to October 21, 2010;
| 14 | WHEREAS, the October 21, 2010 extension is before the November 3, 2010 settlement conference set by the Court and allows the parties to discuss the status of new parties in their joint case management statement due on October 27, 2010;
| 17 | NOW, THEREFORE, the parties to this action, through their undersigned counsel stipulate and ask the Court to enter its order as follows:

1. The last day to add additional parties is extended to October 21, 2010.

### SIGNATURES UNDER GENERAL ORDER NO. 45

Pursuant to General Order No. 45 of the United States District Court, Northern District of California, I, Sophia B. Belloli -- the ECF User whose User ID and Password are used in the filing of this document -- hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories to this document.

2

| | | |
|---|---|---|
| 1 | DATED: September 22, 2010 | HANSON BRIDGETT LLP |
| 2 | | |
| 3 | | By: /s/ Sophia B. Belloli |
| 4 | | SOPHIA B. BELLOLI |
| | | Attorneys for Plaintiff |
| 5 | | Golden Gate Way, LLC |
| 6 | | |
| 7 | DATED: September 22, 2010 | THE LLOYD LAW GROUP PC |
| 8 | | |
| 9 | | |
| 10 | | By:/S/ Andrew Thomas Lloyd |
| | | ANDREW THOMAS LLOYD |
| 11 | | Attorneys for Defendants |
| | | Leonard A. Gross and Leonard A. |
| 12 | | Gross Professional Corporation |
| 13 | DATED: September 22, 2010 | WOOD SMITH HENNING & BERMAN |
| 14 | | |
| 15 | | By:/S./ David Ferguson Wood |
| | | DAVID FERGUSON WOOD |
| 16 | | MATTHEW KOVACS |
| | | Attorneys for Defendants |
| 17 | | Jeanne Stewart, Jeanne's Hamlin |
| | | Cleaners, Jeanne Stewart dba Hamlin |
| 18 | | Cleaners and Tommy Lee Stewart |
| 19 | DATED: September 22, 2010 | HANSON BRIDGETT LLP |
| 20 | | |
| 21 | | By:/S/ Sophia B. Belloli |
| | | CATHERINE W. JOHNSON |
| 22 | | MICHAEL J. VAN ZANDT |
| | | SOPHIA B. BELLOLI |
| 23 | | Attorneys for Plaintiff |
| | | Golden Gate Way, LLC |
| 24 | | |

3

STIPULATED REQUEST TO EXTEND LAST DATE TO ADD ADDITIONAL PARTIES

2649316.1

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.
2 |
3 | DATED this 27th day of SEPT. , 2010
4 | _____
  | Honorable Donna M. Ryu
5 | Magistrate Judge of the Federal District
  | Court for the Northern District of
6 | California

4

# PROOF OF SERVICE

I, Keith Kiley, declare that I am a resident of the State of California. I am over the age of 18 years and not a party to the above entitled action and that my business address is 425 Market Street, 26th Floor, San Francisco, CA. On September 22, 2010, I served a true and accurate copy of the document entitled:

**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND LAST DAY TO ADD ADDITIONAL PARTIES**

on the party in said action by delivering a true copy of each thereof to the person indicated below:

Jennifer Fitzpatrick
Armstrong & Associates
One Kaiser Plaza Ste 625
Oakland, CA 94612

David Ferguson Wood
Wood Smith Henning & Berman LLP
10960 Wilshire Blvd
18th Floor
Los Angeles, CA 90024

☒ (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett LLP's practices for collecting and processing documents for mailing with United States Postal Service. Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at 425 Market Street, 26th Floor, San Francisco, California 94105. The above referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on September 22, 2010, at San Francisco, California.

Keith Kiley

STIP EXTENDING TIME

2563295.2