AARON R. FELDMAN (Cal. Bar No. 105692)
FELDMAN LAW GROUP
1020 Aileen Street
Lafayette, CA 94549
Telephone: 925.283.6691
Facsimile: 925.871.6303
eMail: aaron@feldmanlawgroup.com

Attorney for Defendant
JOY MONROE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOLDEN GATE WAY, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br>v.<br><br>JEANNE STEWARD, JEANNE'S HAMLIN CLEANERS; HAMLIN CLEANERS; LEONARD A. GROSS, LINDA CAPIN GROSS; CONTRACTORS CAPITAL CORPORATION; LEONARD A. GROSS PROFESSIONAL CORPORATION; and DOES 1-10, INCLUSIVE<br><br>Defendants.<br><br>And related cross-actions | Case No. 09-CV-004458-~~DMR~~ CW<br><br>**ORDER PURSUANT TO STIPULATION TO EXTEND TIME**<br>Complaint Filed 9/22/09<br><br>[Assigned for All Purposes to Magistrate Judge Donna M. Ryu, Courtroom 4]<br><br>Discovery Cutoff: 3/28/2011<br>Motion Cutoff: 4/28/2011<br>Trial Date: 7/18/2011<br><br>Hearing Date:<br>Hearing Time: |

-1-

ORDER GRANTING EXTENSION OF TIME TO JOY MONROE        Case No. CV 09 00458-~~DMR~~ CW

# ORDER

The Court, having read and considered the Stipulation ("Stipulation") filed by Defendants and Cross-Complainants JEANNE STEWARD, JEANNE'S HAMLIN CLEANERS; HAMLIN CLEANERS; and TOMMIE STEWARD ("Steward") and Cross-Defendant JOY MONROE, including all papers and arguments submitted in connection therewith, hereby GRANTS the request and **ORDERS** as follows:

1. **IT IS HEREBY ORDERED THAT** Defendant JOY MONROE is granted an extension of time to respond to the Cross-Complaint of Steward up and until November 15, 2010.

**IT IS SO ORDERED.**

Dated: 10/15/2010

_____
~~Magistrate Judge Donna M. Ryu~~
DISTRICT JUDGE CLAUDIA WILKEN