UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE WAY, LLC | No. C-09-04458-DMR |
| Plaintiffs, | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| STEWART ET AL, | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-entitled matter having been reassigned to the Honorable Donna M. Ryu for trial and all further proceedings, IT IS HEREBY ORDERED, pursuant to Fed. R. Civ. P. 16 and Civil L.R.16-10, that a telephonic Case Management Conference shall be held in this case on **January 12, 2011, at 2:00 p.m.** Sophia Belloli, counsel for Plaintiff and Cross-Defendant Golden Gate Way, LLC, has agreed to host the conference call for the Court and for all counsel participating in the telephonic Case Management Conference. Once all parties have been connected to the conference call, counsel may call (510) 637-3909 to connect the Court to the call.

The parties or their lead trial counsel shall appear by telephone and shall be prepared to discuss all items referred to in Civil L.R.16-10. Pursuant to Civil L.R.16-3 and 16-9, the parties shall meet and confer and file an updated joint case management statement and proposed order no later than **January 5, 2011.** If any party is proceeding without counsel, separate statements may be filed by each party.

All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**DMR**." One copy shall be clearly marked as a <u>chambers</u> copy.

1       IT IS SO ORDERED.

3 Dated: December 2, 2010



_____
DONNA M. RYU
United States Magistrate Judge