UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOLDEN GATE WAY, LLC, et al.,           No. C-09-04458-DMR

    Plaintiffs,

**ORDER TO SHOW CAUSE**

    v.

STEWART ET AL,

    Defendants.
_____/

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on January 12, 2011, before this Court in the above-entitled case. No appearance was made on behalf of Defendants Leonard A. Gross and Leonard A. Gross Professional Corporation.

IT IS HEREBY ORDERED that by no later than **January 21, 2011**, Defendants Leonard A. Gross and Leonard A. Gross Professional Corporation shall file a letter with the Court explaining the parties' failure to appear at the case management conference on January 12, 2011 and why sanctions should not issue.

IT IS SO ORDERED.

Dated: January 14, 2011

IT IS SO ORDERED

DONNA M. RYU
United States Magistrate Judge