UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE WAY, LLC, | No. C-09-04458 DMR |
| Plaintiff, | **ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
| v. | |
| STEWART ET AL, | |
| Defendants. | |

On December 13, 2010, Defendants Leonard A. Gross and Leonard A. Gross Professional Corporation filed a stipulated Notice of Appearance and Substitution of Counsel; Substitution of Leonard A. Gross, Esq. as Counsel for Himself and for Leonard A. Gross Professional Corporation; and Withdrawal of Andrew Thomas Lloyd as Counsel. *See* Docket No. 138.

The Court hereby permits Andrew Thomas Lloyd to withdraw as counsel for Defendants Leonard A. Gross and Leonard A. Gross Professional Corporation, and orders that Leonard A. Gross, Esq. be substituted as counsel for himself and for Leonard A. Gross Professional Corporation.

IT IS SO ORDERED.

Dated: January 26, 2011



_____
DONNA M. RYU
United States Magistrate Judge