1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10

11  GOLDEN GATE WAY, LLC,                    No. C-09-04458 DMR

12          Plaintiffs,                      **ORDER DISCHARGING ORDER TO SHOW CAUSE**

13          v.

14  STEWART ET AL,

15          Defendants.
    _____/

16

17          The Court is in receipt of a letter from Defendant Leonard A. Gross in response to the

18  Court's January 14, 2011 Order to Show Cause (*see* Docket No. 146) in which Defendant Gross

19  explained that due to recent health problems, he has been unable to attend to this case and is

20  therefore in the process of obtaining new counsel.

21          The Order to Show Cause is discharged. **Defendant Gross is ordered to register as an**

22  **ECF user by no later than February 25, 2011.**  The Court expects Defendant Gross to comply

23  with all case management and pretrial dates.

24          IT IS SO ORDERED.

25  Dated:  February 18, 2011

26                                           _____
                                             DONNA M. RYU
27                                           United States Magistrate Judge

28

