UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE WAY, | No. C-09-4458 DMR |
| Plaintiff, | **ORDER SETTING STATUS CONFERENCE** |
| v. | |
| JEANNE STEWART, ET AL, | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of Plaintiff Golden Gate Way and Cross-defendants Bill Peacock and Yolanda Peacock's February 24, 2011 letter requesting a telephonic status conference. *See* Docket No. 128. IT IS HEREBY ORDERED that the above case matter is set for a telephonic status conference on **March 1, 2011 at 1:00 p.m.**

Counsel for Plaintiff Golden Gate Way shall initiate the call to the Court as follows: (1) by first calling all counsel who will be involved in the telephonic status conference including pro se defendant Leonard A. Gross; and then (2) with all counsel and pro se defendant Leonard A. Gross on the line, calling the Court at 510-637-2159 (or if that line is busy, 510-637-3909) five minutes prior to the scheduled start time.

IT IS SO ORDERED.

Dated: 2/25/2011

DONNA M. RYU
United States Magistrate Judge