David F. Wood (State Bar No. 68063)
Amy L. Foscalina (State Bar No. 196936)
Matthew O. Kovacs (State Bar No. 268488)
Wood, Smith, Henning & Berman LLP
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
Phone: 310-481-7600 ♦ Fax: 310-481-7650
E-mail: dwood@wshblaw.com
afoscalina@wshblaw.com
mkovacs@wshblaw.com

Attorneys for Defendants and Cross-Defendants, JEANNE STEWART, JEANNE'S HAMLIN CLEANERS, JEANNE STEWART dba HAMLIN CLEANERS (erroneously sued as Hamlin Cleaners), and TOMMY LEE STEWART

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| GOLDEN GATE WAY, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>JEANNE STEWART, JEANNE'S HAMLIN CLEANERS; HAMLIN CLEANERS; LEONARD A. GROSS, LINDA CAPIN GROSS; CONTRACTORS CAPITAL CORPORATION; LEONARD A. GROSS PROFESSIONAL CORPORATION; and DOES 1-10, INCLUSIVE,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | CASE NO. 09-CV-04458-DMR<br><br>**JOINT STIPULATION REGARDING SCOPE OF DISCOVERY AND ANY LIMITATIONS ON DISCOVERY TOOLS FOR THE PERIOD PRIOR TO MEDIATION DEADLINE; [ORDER]**<br><br>DATE: March 15, 2011<br><br>Complaint Filed: 9/22/09<br><br>[Assigned for All Purposes to Magistrate Judge Donna M. Ryu, Courtroom 4]<br><br>Trial Date: January 14, 2013 |

## STIPULATED REQUEST

PURSUANT TO the Court's March 1, 2011 Minute Order, the undersigned parties, through their respective attorneys of record, have met and conferred regarding the scope of initial discovery and any limitations on discovery tools for the period prior to the mediation deadline and hereby make this stipulated request regarding the scope and extent of discovery for the interim period from March 15, 2011 until the July 13, 2011 Case Management Conference.[1] The undersigned parties stipulate and agree as follows:

IT IS HEREBY STIPULATED that each party will be allowed to serve ten (10) requests for production of documents, twenty (20) requests for admission and fifteen (15) interrogatories on every other party in compliance with Federal Rules of Civil Procedure;

IT IS FURTHER STIPULATED that the written discovery requests will be served on a rolling schedule in order to prevent duplicative requests. The rolling schedule will allow parties to build upon earlier requests served by other parties, fill potential gaps left by earlier requests and maximize efficiency. To this extent, the Stewart Defendants intend to serve their desired discovery requests by the end of the month. To the extent necessary, Plaintiff Golden Gate Way LLC and Cross-defendants Bill Peacock and Yolanda Peacock will follow with their desired discovery requests. To the extent necessary, the remaining defendants will propound

---

[1] On March 11, 2011, counsel for Plaintiffs, John T. Cu, spoke with Leonard Gross to confirm whether he would participate on the conference call which the parties have agreed to hold on March 14, 2011 to conduct their meet and confer. Mr. Gross represented that he did not have any availability on March 14, 2011, but that he would agree to whatever discovery protocol the parties reach. On March 15, 2011, at 12:15 pm, Mr. Cu once again attempted to contact Mr. Gross to inform him of the terms of the instant Stipulation, but was unable to reach him. Nonetheless, given Mr. Gross' representation that he would agree and consent to the discovery protocol agreed to by the Parties, the Parties are prepared to submit the instant Stipulation to the Court.

additional requests following Plaintiffs' requests;

IT IS FURTHER STIPULATED that the parties will not schedule, notice or request depositions of any party or witness prior to the July 13, 2011 Case Management Conference. At the Case Management Conference the parties will be prepared to discuss the propriety of taking any depositions prior to mediation and which, if any, depositions need be conducted prior to mediation.

The Parties herein reserve their respective right to request from the Court the enlargement of discovery beyond that which was agreed upon herein at any point after the Case Management Conference on July 13, 2011, where any party deems further discovery requests are necessary. This Stipulation is not a waiver of rights to request additional discovery.

NOW, THEREFORE, the parties to this action, through their undersigned counsel stipulate and ask the Court to enter its order as follows:

1.) For the period prior from March 15, 2011 until the July 13, 2011 Case Management Conference each party will be allowed to serve no more than ten (10) requests for production of documents, twenty (20) requests for admission and fifteen (15) interrogatories on each other party.

2.) The written discovery requests will be served on a rolling schedule with the Stewart Defendants serving the initial set, followed by Plaintiffs and then, to the extent necessary, the other parties.

3.) The parties will not schedule, request or notice any depositions until the need for depositions is discussed with the Court during the July 13, 2011 Case Management Conference, <u>or by making an application to the Court setting forth the reasons why a deposition(s) should be scheduled before July 13, 2011</u>.

LEGAL:05971-0037/1624340.1

-3-

JOINT STIPULATION REGARDING SCOPE OF DISCOVERY AND ANY LIMITATIONS ON DISCOVERY TOOLS FOR THE PERIOD PRIOR TO MEDIATION DEADLINE

## **SIGNATURES UNDER GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the United States District Court, Northern District of California, I, Matthew O. Kovacs -- the ECF User whose User ID and Password are used in the filing of this document -- hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories to this document.

DATED: March 15, 2011              WOOD, SMITH, HENNING & BERMAN LLP


By:  /s/ Matthew O. Kovacs
     MATTHEW O. KOVACS
Attorneys for Defendants and Cross-Defendants, JEANNE STEWART, JEANNE'S HAMLIN CLEANERS, JEANNE STEWART dba HAMLIN CLEANERS (erroneously sued as Hamlin Cleaners), and TOMMY LEE STEWART

| | |
|---|---|
| DATED: March 15, 2011 | |
| | By: /S/ Leonard A. Gross |
| | LEONARD A. GROSS |
| | Attorneys for Defendants |
| | Leonard A. Gross and Leonard A. |
| | Gross Professional Corporation |
| DATED: March 15, 2011 | WOOD SMITH HENNING & BERMAN |
| | |
| | By: /S./ Matthew O. Kovacs |
| | DAVID F. WOOD |
| | MATTHEW O. KOVACS |
| | Attorneys for Defendants |
| | Jeanne Stewart, Jeanne's Hamlin |
| | Cleaners, Jeanne Stewart dba Hamlin |
| | Cleaners and Tommy Lee Stewart |
| DATED: March 15, 2011 | FELDMAN LAW GROUP |
| | |
| | By: /S/ Aaron R. Feldman |
| | AARON R. FELDMAN |
| | Attorneys for Cross-Defendant |
| | Joy Lou Monroe |
| DATED: March 15, 2011 | OPPER & VARCO LLP |
| | |
| | By: /S/ Linda C. Beresford |
| | LINDA C. BERESFORD |
| | SUZANNE R. VARCO |
| | Attorneys for Cross-Defendant |
| | Scott Monroe |
WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

Dated: March 15, 2011              ARMSTRONG & ASSOCIATES

By: /S/ Amber Rae
WILLIAM H. ARMSTRONG
AMBER RAE
Attorneys for Defendants
Martino Family Trust

DATED: March 15, 2011         HANSON BRIDGETT LLP

By: /S/ John T. Cu
CATHERINE W. JOHNSON
MICHAEL J. VAN ZANDT
JOHN T. CU
SOPHIA B. BELLOLI
Attorneys for Plaintiff
Golden Gate Way, LLC and
Cross-Defendants
William and Yolanda Peacock

PURSUANT TO STIPULATION <u>AND THE COURT'S AMENDMENT TO PROVISION (3)</u>, IT IS SO ORDERED.

DATED this __17__ day of __March__, 2011 _____
Honorable Donna M. Ryu
Magistrate Judge of the Federal District Court for the Northern District of California

[Stamp: IT IS SO ORDERED — Judge Donna M. Ryu — United States District Court, Northern District of California]

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650