| | |
|---|---|
| 1 | HANSON BRIDGETT LLP |
| | CATHERINE W. JOHNSON, Bar No. 135070 |
| 2 | cjohnson@hansonbridgett.com |
| | MICHAEL J. VAN ZANDT, Bar No. 96777 |
| 3 | mvanzandt@hansonbridgett.com |
| | JOHN T. CU, Bar No. 207402 |
| 4 | jcu@hansonbridgett.com |
| | 425 Market Street, 26th Floor |
| 5 | San Francisco, CA 94105 |
| | Telephone: (415) 995-5835 |
| 6 | Facsimile: (415) 995-3598 |
| 7 | Attorneys for Plaintiff and Cross-Defendants |
| 8 | Golden Gate Way, LLC and William and Yolanda Peacock |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| GOLDEN GATE WAY, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.   27th     June<br><br>JEANNE STEWART, JEANNE'S HAMLIN CLEANERS, JEANNE STEWART dba HAMLIN CLEANERS, TOMMY LEE STEWART, LEONARD A. GROSS, LEONARD A. GROSS PROFESSIONAL CORPORATION, MARTINO FAMILY TRUST, PAULINE F. KIDWELL AND GERALD MARTINO, TRUSTEES, ESTATE OF RONALD MONROE, DECEASED, ESTATE OF MATTHEW MONROE, DECEASED and DOES 1-10, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS AND COUNTER-CLAIMS. | No. 09-CV-04458-DMR<br><br>**STIPULATION TO CONTINUE HEARING DATE RE MARTINO TRUST DEFENDANTS' RULE 11(b) MOTION; AND ORDER**<br><br>Complaint Filed: 9/22/09<br><br>[Assigned for All Purposes to Magistrate Judge Donna Ryu] |

The parties hereto, through undersigned counsel of record, hereby stipulate to the following facts and to an order continuing the hearing on Defendants' Gerald Martino and Pauline Kidwell, as Trustees of the Martino Family Trust's ("Martino Trust Defendants") Motion for Sanctions Pursuant to FED.R.Civ. P.11(b) against Plaintiff Golden Gate Way,

- 1 -

1 LLC and Cross-Defendants William and Yolanda Peacock ("Rule 11(b) Motion"), as set
2 forth below.
3       WHEREAS, on May 23, 2011 the Martino Trust Defendants filed their Rule 11(b)
4 Motion.
5       WHEREAS Plaintiff Golden Gate Way LLC and Cross-Defendants William and
6 Yolanda Peacock (collectively, "Plaintiffs") were served with the Rule 11(b) Motion on
7 April 26, 2011.
8       WHEREAS, the original hearing for the Rule 11(b) Motion was scheduled for July
9 14, 2011.
10       WHEREAS counsel for Plaintiffs, Mr. John T. Cu, will be out of town on July 14,
11 2011, and it is anticipated by Plaintiffs that it is Mr. Cu who will be arguing Plaintiffs'
12 Opposition to the Martino Trust Defendants' Rule 11(b) Motion.
13       WHEREAS, on June 21, 2011, Mr. Cu informed counsel for the Martino Trust
14 Defendants, Mr. Bill Armstrong, that Mr. Cu has a conflict regarding the hearing and Mr.
15 Armstrong informed Mr. Cu [27th] [June] that he does not have any objection to continuing the
16 hearing on the Martino Trust Defendants' Rule 11(b) Motion to August 11, 2011.
17       WHEREAS, on June 21, 2011, Mr. Cu, by email, informed counsel for all other
18 Parties of his conflict and requested that all other parties state their objections, if any, to
19 continuance of the hearing on the Martino Trust Defendants' Rule 11(b) Motion from July
20 14, 2011 to August 11, 2011.
21       WHEREAS there has been no objection from any of the other Parties regarding
22 the proposed continuance.
23       Based on the foregoing relevant facts, IT IS HEREBY STIPULATED AND
24 AGREED:
25       1.     That the hearing on the Martino Trust Defendants' Rule 11(b) Motion be
26 continued from July 14, 2011 to August 11, 2011, or as soon thereafter as this Court
27 may hear this matter;
28

2. That, irrespective of the continued hearing date, Plaintiffs' Opposition to the Martino Trust Defendant's Rule 11(b) Motion will be filed and served no later than June 24, 2011, and the Martino Trust Defendant's Reply to Plaintiff's Opposition will be filed and served no later than July 1, 2011.

**IT IS SO STIPULATED.**

DATED: June 23, 2011                      HANSON BRIDGETT LLP

*I, John T. Cu, am the ECF User whose ID and password are being used to file this STIPULATION TO CONTINUE HEARING DATE RE RULE 11(b) MOTION; [PROPOSED] ORDER. In compliance with General Order 45.X.B., I hereby attest that all counsel has concurred in this filing*

By: /S/ John T. Cu
JOHN T. CU
Attorneys for Plaintiff
Golden Gate Way, LLC
Cross-Defendants
William and Yolanda Peacock

WOOD SMITH HENNING & BERMAN

DATED: June 23, 2011

27th        June

By:/S./ David Ferguson Wood
DAVID FERGUSON WOOD
MATTHEW KOVACS
Attorneys for Defendants
Jeanne Stewart, Jeanne's Hamlin Cleaners, Jeanne Stewart dba Hamlin Cleaners and Tommy Lee Stewart

DATED: June 23, 2011                      FELDMAN LAW GROUP

By:/S/ Aaron R. Feldman
AARON R. FELDMAN
Attorneys for Cross-Defendant
Joy Lou Monroe

DATED: June 23, 2011                      OPPER & VARCO LLP

By: /S/ Linda C. Beresford
LINDA C. BERESFORD
SUZANNE R. VARCO
Attorneys for Cross-Defendant
Scott Monroe

Dated: June 23, 2011   ARMSTRONG & ASSOCIATES

By:/S/ Amber Rae
   WILLIAM H. ARMSTRONG
   AMBER R. CRAIG
   Attorneys for Defendants Gerald
   Martino and Pauline Kidwell, as
   Trustees of the Martino Family Trust

Dated: June 23, 2011

By:/S/ Leonard Gross
   LEONARD GROSS
   For Defendants Leonard A. Gross and
   Leonard A. Gross Professional
   Corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 27th day of June, 2011

_____
Honorable Donna Ryu
Magistrate Judge of the Federal District
Court for the Northern District of
California