UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOLDEN GATE WAY, LLC,

    Plaintiffs,

v.

STEWART ET AL,

    Defendants.
_____/

No. C-09-04458 DMR

**ORDER RE PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF**

The Court is in receipt of the joint stipulation by the parties regarding Plaintiffs Golden Gate way LLC and Cross-defendants William and Yolanda Peacock's ("Plaintiffs") Motion for Administrative Relief to file a sur-reply in opposition to Defendants Gerald Martino and Pauline Kidwell, as Trustees of the Martino Family Trust's ("Martino Trust Defendants") motion for sanctions. [Docket No. 173.] The Court GRANTS Plaintiffs' request to file a sur-reply. Any response by the Martino Trust Defendants to the sur-reply must be filed by no later than July 12, 2011, and may not exceed four (4) pages.

    IT IS SO ORDERED.

Dated: July 8, 2011

_____
DONNA M. RYU
United States Magistrate Judge