UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE WAY, LLC, et al., | No. C-09-04458-DMR |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| STEWART ET AL, | |
| Defendants. | |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on July 13, 2011, before this Court in the above-entitled case. No appearance was made on behalf of Defendants Leonard A. Gross and Leonard A. Gross Professional Corporation. Further, the parties submitted an updated joint case management conference statement on July 6, 2011 [Docket 172] in which Defendants Leonard A. Gross and Leonard A. Gross Professional Corporation did not participate.

IT IS HEREBY ORDERED that by no later than **July 28, 2011**, Defendants Leonard A. Gross and Leonard A. Gross Professional Corporation shall file a letter with the Court explaining the parties' failure to appear at the case management conference on July 13, 2011 and to participate in the updated joint case management conference statement and why sanctions should not issue.

IT IS SO ORDERED.

Dated: July 14, 2011

_____
DONNA M. RYU
United States Magistrate Judge