UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE WAY, LLC, | No. C-09-04458 DMR |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| STEWART ET AL, | |
| Defendants. | |

The Court is in receipt of a letter from Defendant Leonard A. Gross in response to the Court's July 14, 2011 Order to Show Cause in which Defendant Gross explained that he did not participate in the July 13, 2011 case management conference due to his recent health problems. [Docket No. 184.]

The Order to Show Cause is discharged. As the Court noted in its February 18, 2011 Order, Defendant Gross is expected to comply with all case management and pretrial dates, which includes making all required appearances. Defendant Gross previously represented to the Court that he was in the process of obtaining new counsel. By no later than August 15, 2011, Defendant Gross shall file and serve a letter regarding the status of his efforts to obtain counsel to represent him and Defendant Leonard A. Gross Professional Corporation in this matter.

IT IS SO ORDERED.

Dated: July 29, 2011

DONNA M. RYU
United States Magistrate Judge