UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE WAY, LLC, | No. C-09-04458 DMR |
| Plaintiff, | **ORDER RE DEFENDANT LEONARD A. GROSS' E-FILING STATUS** |
| v. | |
| STEWART ET AL, | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

It is hereby ORDERED that Defendant Leonard A. Gross, counsel for himself and for Defendant Leonard A. Gross Professional Corporation, shall no longer participate in the e-filing system. Defendant Gross shall file all future submissions with the Clerk. All parties shall serve Defendant Gross by mail.

IT IS SO ORDERED.

Dated: August 3, 2011

DONNA M. RYU
United States Magistrate Judge