UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOLDEN GATE WAY, LLC,

        Plaintiff,

    v.

STEWART ET AL,

        Defendants.
_____/

No. C-09-04458 DMR

**ORDER SETTING HEARING RE DEFENDANT LEONARD GROSS**

      The court will conduct a hearing on **October 19, 2011 at 3:00 p.m.** regarding Defendant Leonard Gross' health and his ability to participate in this litigation. The court will conduct questioning of Defendant Gross as well as his son, Barry Gross. The court shall initiate a call to Barry Gross at 3:00 p.m., and shall initiate a call to Defendant Gross at 3:30 p.m. Defendant Gross shall appear by telephone as his medical condition currently prohibits him from appearing in public. Any party other than Defendant Gross wishing to appear at the hearing must appear in person.

      The court's questioning of Defendant Gross and Barry Gross shall be limited to the subject of Defendant Gross' physical and mental health and his ability to participate meaningfully in this litigation. No party will be allowed to conduct questioning of Defendant Gross or Barry Gross. All questioning will be conducted by the court. However, the parties may submit questions for the court's consideration. Any such questions must be submitted by means of a joint letter by all parties

1 | that does not exceed two (2) pages.  Any such letter shall be submitted by no later than October 14,
2 | 2011.

IT IS SO ORDERED.

Dated: September 28, 2011

_____
DONNA M. RYU
United States Magistrate Judge