# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE WAY, LLC, | No. C-09-04458 DMR |
| Plaintiff, | **ORDER RESETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| STEWART ET AL, | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference is reset to take place immediately following the October 19, 2011 3:00 p.m. hearing regarding Defendant Leonard Gross, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than October 12, 2011.

IT IS SO ORDERED.

Dated: October 4, 2011

_____
DONNA M. RYU
United States Magistrate Judge