1  HANSON BRIDGETT LLP
   CATHERINE W. JOHNSON, SBN 135070
2  cjohnson@hansonbridgett.com
   JOHN CU, SBN 207402
3  jcu@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, California 94105
   Telephone:   (415) 777-3200
5  Facsimile:   (415) 541-9366

6  Attorneys for Plaintiff Golden Gate Way, LLC
   and Cross-Defendants William Peacock and
7  Yolanda Peacock

8

                    **UNITED STATES DISTRICT COURT**
9
          **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**
10

11

12  GOLDEN GATE WAY, LLC, a California          CASE NO. 09-CV-04458 DMR
    Limited Liability Company,
                                                Assigned for All Purposes to Magistrate Judge
13          Plaintiff,                          Honorable Donna M. Ryu, Ctrm 4, 3rd Fl.

14          v.                                  **STIPULATION AND (~~PROPOSED~~)
                                                ORDER DISMISSING MARTINO
15  JEANNE STEWART, JEANNE'S HAMLIN             DEFENDANTS** <u>AS MODIFIED</u>
    CLEANERS, JEANNE STEWART dba
16  HAMLIN CLEANERS, TOMMY LEE
    STEWART, LEONARD A. GROSS,
17  LEONARD A. GROSS PROFESSIONAL
    CORPORATION, MARTINO FAMILY
18  TRUST, PAULINE F. KIDWELL AND
    GERALD MARTINO, TRUSTEES,
19  ESTATE OF RONALD MONROE,
    DECEASED, ESTATE OF MATTHEW
20  MONROE, DECEASED and DOES 1-10,
    inclusive,
21
            Defendants.
22

23  AND RELATED CROSS-CLAIMS AND
    COUNTER-CLAIMS
24

25

26       In light of submission by Defendants Pauline Kidwell and Gerald Martino, Trustees

27  for the Martino Family Trust's ("Martino Defendants") Motion for Summary Judgment,

28  particularly their allegation and submitted supporting affidavits, declarations, and

1  evidence that they, as trustees, did not become trustees of the Martino Family Trust until

2  1999, Plaintiff Golden Gate Way, LLC, Cross-Complainant William Peacock and Yolanda

3  Peacock, and the Martino Defendants have resolved their dispute at this time.  Therefore,

4  the Parties,

5      HEREBY STIPULATE AND AGREE, by their respective attorneys, that the Martino

6  Defendants and all claims alleged against them as set forth in Plaintiff's Second

7  Amended Complaint and Cross-Complainant William Peacock's and Yolanda Peacock's

8  Cross-Complaint shall be dismissed without prejudice pursuant to Rule 41(a)(1) of the

9  Federal Rules of Civil Procedure, each affected party to bear its (his or her) own

10  attorneys' fees and costs of suit.

11

12  DATED: January 5, 2012                     HANSON BRIDGETT LLP

13  *I, John T. Cu, am the ECF User*
    *whose ID and password are being*
14  *used to file this STIPULATION AND*
    *[PROPOSED] ORDER.  In*
15  *compliance with General Order*
    *45.X.B., I hereby attest that all*
16  *counsel has concurred in this filing*        By:  _____//s// John T. Cu_____

17                                                   JOHN T. CU
                                                     Attorneys for Plaintiff Golden Gate Way, LLC
18                                                   and Cross-Complainant William Peacock and
                                                     Yolanda Peacock
19

20  DATED:  January 5, 2012                     WOOD SMITH HENNING & BERMAN

21

22

23                                              By: _//s// Matthew Kovacs_____
                                                    DAVID FERGUSON WOOD
24                                                  MATTHEW KOVACS
                                                    Attorneys for Defendants
25                                                  Jeanne Stewart, Jeanne's Hamlin
                                                    Cleaners, Jeanne Stewart dba Hamlin
26                                                  Cleaners and Tommy Lee Stewart

27

28

3963894.1                                       -2-                           09-CV-04458 DMR

1    DATED:  January 5, 2012           OPPER & VARCO LLP

2

3                            By //s//Linda C. Beresford

4                            LINDA C. BERESFORD
                              SUZANNE R. VARCO
                              Attorneys for Cross-Defendant

5                               Scott Monroe

6    DATED:  January 5, 2012           THE FELDMAN LAW GROUP

7

8

9                            By: //s// Aaron Feldman
                              AARON FELDMAN
                              Attorneys for Cross-Defendant

10                             Joy Lou Monroe

11    Dated:  January 5, 2012           ARMSTRONG & ASSOCIATES

12

13

14                            By:/S/ Amber Craig
                              WILLIAM H. ARMSTRONG

15                             AMBER R. CRAIG
                            Attorneys for Defendants

16                             Martino Family Trust

17    Dated:  January 5, 2012

18

19                            By:/S/ Leonard A. Gross
                              LEONARD A.GROSS

20                             Attorneys for Defendant Leonard A.
                            Gross Professional Corporation

21    <u>Defendants Gerald Martino and Pauline Kidwell's Motion for Summary</u>

22    <u>Judgment (Docket No. 235) is DENIED as moot.</u>
     PURSUANT TO STIPULATION, IT IS SO ORDERED.

23

24    DATED this ___10th___day of ___January___, 2012 _____

25                             Honorable Donna M. Ryu
                            Magistrate Judge of the U.S. District

26                             Court for the Northern District of
                            California

27

28

3963894.1

           09-CV-04458 DMR
STIPULATION AND (~~PROPOSED~~) ORDER DISMISSING MARTINO DEFENDANTS

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED MODIFIED, Judge Donna M. Ryu]*