United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE WAY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>STEWART ET AL,<br><br>    Defendants.<br>_____/ | No. C-09-04458 DMR<br><br>**ORDER TO SHOW CAUSE DIRECTED AT DEFENDANT LEONARD A. GROSS PROFESSIONAL CORPORATION** |

On December 7, 2011, the court issued an Order requiring Defendant Leonard A. Gross Professional Corporation to retain counsel no later than December 30, 2011. [Docket No. 233.] In the Order, the court noted that if Defendant Leonard A. Gross Professional Corporation failed to retain counsel, its Answer may be stricken and default entered against it. To date, Defendant Leonard A. Gross Professional Corporation has not complied with the December 7, 2011 Order. On January 6, 2012, Plaintiff Golden Gate Way LLC and Defendants Jeanne Stewart, Jeanne's Hamlin Cleaners, Jeanne Stewart d/b/a Hamlin Cleaners and Tommy Lee Stewart filed a Request for Entry of Default Against Defendant Leonard A. Gross Professional Corporation on the grounds that it is not represented by counsel and failed to comply with the Court's December 7, 2011 Order. [Docket No. 237.]

In an excess of caution, the court will give Leonard A. Gross Professional Corporation an opportunity to explain why default should not be entered against it for its failure to retain counsel. Therefore, IT IS HEREBY ORDERED that by no later than **January 24, 2012**, Defendant Leonard A. Gross Professional Corporation shall file a letter with the court explaining why its Answer should not be stricken and default entered against it.

IT IS SO ORDERED.

Dated: January 10, 2012

DONNA M. RYU
United States Magistrate Judge

2