United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE WAY, LLC, | No. C-09-04458 DMR |
| Plaintiff, | **ORDER DIRECTING CLERK TO ENTER DEFAULT OF LEONARD A. GROSS PROFESSIONAL CORPORATION** |
| v. | |
| STEWART ET AL, | |
| Defendants. | |

On December 7, 2011, the court issued an Order requiring Defendant Leonard A. Gross Professional Corporation ("Gross P.C.") to retain counsel no later than December 30, 2011. [Docket No. 233.] In the Order, the court noted that if Defendant Gross P.C. failed to retain counsel, its Answer may be stricken and default entered against it. Defendant Gross P.C. did not comply with the December 7, 2011 Order.

On January 10, 2012, the court gave Gross P.C. a final opportunity to explain why default should not be entered against it for its failure to retain counsel, and ordered it to file a letter with the court by no later than January 24, 2012 explaining why its Answer should not be stricken and default entered against it. [Docket No. 240.]

The court is now in receipt of a letter dated January 12, 2012 from Barry R. Gross, son of Defendant Leonard A. Gross, explaining that Defendant Gross P.C. has not retained counsel, and there is no indication in the letter that he intends to do so. [Docket No. 242.] Accordingly, those

portions of the joint Answers of Leonard A. Gross and Leonard A. Gross Professional Corporation [Docket Nos. 36, 135 & 136] that pertain to Defendant Gross P.C. and Defendant Gross P.C.'s Cross-Claims [Docket No. 38] shall be considered stricken. The Clerk is directed to enter default against Defendant Gross P.C.

IT IS SO ORDERED.

Dated: January 20, 2012

DONNA M. RYU
United States Magistrate Judge

2