UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOLDEN GATE WAY, LLC,

    Plaintiff,

    v.

STEWART ET AL,

    Defendants.
_____/

No. C-09-04458 DMR

**ORDER EXTENDING MEDIATION DEADLINE**

The court is in receipt of the parties' February 8, 2012 letter requesting the court extend the current February 28, 2012 mediation deadline in this matter. [Docket No. 252.] Good cause being shown, the court hereby extends the mediation deadline in this case to **October 31, 2012.**

IT IS SO ORDERED.

Dated: February 10, 2012



DONNA M. RYU
United States Magistrate Judge