1
2
3
4
5
6
7

8      UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA

10

11   GOLDEN GATE WAY, LLC,                       No. C-09-04458 DMR

12            Plaintiff,                          **ORDER EXTENDING MEDIATION DEADLINE**

13        v.

14   STEWART ET AL,

15            Defendants.
                                                /
16

17        The court is in receipt of the parties' February 8, 2012 letter requesting the court extend the

18   current February 28, 2012 mediation deadline in this matter. [Docket No. 252.]  Good cause being

19   shown, the court hereby extends the mediation deadline in this case to **October 31, 2012.**

20

21        IT IS SO ORDERED.

22

23   Dated: February 10, 2012

24   
     _____
25   DONNA M. RYU
     United States Magistrate Judge

26
27
28