UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| GOLDEN GATE WAY, LLC, a California Limited Liability Company,<br><br>PLAINTIFF,<br><br>v.<br><br>JEANNE STEWART, JEANNE'S HAMLIN CLEANERS, JEANNE STEWART dba HAMLIN CLEANERS, TOMMY LEE STEWART, LEONARD A. GROSS, LEONARD A. GROSS PROFESSIONAL CORPORATION and DOES 1 – 10, inclusive,<br><br>DEFENDANTS.<br><br>AND RELATED CROSS-CLAIMS AND COUNTER-CLAIMS | CASE NO. C09-CV-04458-DMR<br><br>[PROPOSED] ORDER GRANTING REQUEST BY CROSS-DEFENDANT SCOTT MONROE TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR MARCH 14, 2012<br><br>Date:  March 14, 2012<br>Time:  1:30 p.m.<br><br>COMPLAINT FILED: 9/22/09<br><br>[Assigned for All Purposes to Magistrate Judge Donna M. Ryu, Courtroom 4] |

For the reasons set forth in the Request by Cross-Defendant Scott Monroe to appear telephonically at the Case Management Conference scheduled for March 14, 2012, the Court hereby finds good cause for the request and grants permission to Counsel for Cross-Defendant Scott Monroe to appear telephonically at the Case Management Conference, to be heard on March 14, 2012 at 1:30 p.m. Counsel for Scott Monroe shall call the court at (510) 637-3909, (or, if that line is busy, 510-637-2156) five minutes prior to the scheduled start time.

Dated: March 8, 2012      By: /s/ Donna M. Ryu

DONNA M. RYU
United States Magistrate Judge