**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOLDEN GATE WAY, LLC,   No. C-09-04458 DMR

    Plaintiff(s),   **ORDER DENYING REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**

    v.

STEWART ET AL,

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    The court is in receipt of counsel for Plaintiffs and Cross-Defendants' request to appear by telephone at the Case Management Conference scheduled for **March 14, 2012.** The request is DENIED as untimely. The court is aware of counsel for Plaintiffs and Cross-Defendants' scheduling conflict on that day. Counsel shall make reasonable efforts to arrive at the courthouse by 1:30 p.m., and if counsel is not here by that time, the court will pass the matter until his arrival.

    IT IS SO ORDERED.

Dated: March 12, 2012

_____
DONNA M. RYU
United States Magistrate Judge