UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE WAY, LLC, | No. C-09-04458 DMR |
| Plaintiff(s), | **ORDER DENYING REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE** |
| v. | |
| STEWART ET AL, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of counsel for Plaintiffs and Cross-Defendants' request to appear by telephone at the Case Management Conference scheduled for **March 14, 2012.** The request is DENIED as untimely. The court is aware of counsel for Plaintiffs and Cross-Defendants' scheduling conflict on that day. Counsel shall make reasonable efforts to arrive at the courthouse by 1:30 p.m., and if counsel is not here by that time, the court will pass the matter until his arrival.

IT IS SO ORDERED.

Dated: March 12, 2012

DONNA M. RYU
United States Magistrate Judge