UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE WAY, LLC, | No. C-09-04458 DMR |
| Plaintiff, | **ORDER TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| STEWART ET AL, | |
| Defendants. | |

The court is in receipt of a letter dated March 5, 2012 from Barry Gross regarding his father, Defendant Leonard Gross, and two attachments thereto. The Clerk is hereby directed to file the second attachment to Mr. Gross' letter, a letter dated February 22, 2012 from Samuel Dong, M.D. and corresponding medical records for Leonard Gross, under seal.

IT IS SO ORDERED.

Dated: March 12, 2012



_____
DONNA M. RYU
United States Magistrate Judge