UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Golden Gate Way, LLC, | ) | |
|---|---|---|
| | ) | Case Number: 09-4458-DMR |
| Plaintiff(s), | ) | |
| | ) | ORDER REFERRING LITIGANT TO |
| vs. | ) | FEDERAL PRO BONO PROJECT AND |
| | ) | STAYING PROCEEDINGS PENDING |
| Stewart, et al., | ) | APPOINTMENT OF COUNSEL |
| Defendant(s). | ) | |
| | ) | |

     The Defendant Leonard Gross having requested and being in need of counsel to assist him/her in this matter and good and just cause appearing,

     IT IS HEREBY ORDERED that Defendant Leonard Gross shall be referred to the Federal Pro Bono Project ("Project") in the manner set forth below:

1.     The clerk shall forward the Referral Form to the appropriate Project office, San Francisco or San Jose, determined by whether the referring judge is located in the San Francisco/Oakland or San Jose division, a notice of referral of the case pursuant to the Guidelines of the Project for referral to a volunteer attorney. The scope of this referral shall be for:

   ☒   <u>all purposes</u> for the duration of the case, but if this is not possible, then for

   ☒   the <u>limited purpose</u> of representing the litigant in the course of

        ☐   mediation

        ☐   early neutral evaluation

        ☐   settlement conference

        ☐   briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
   _____

        ☐   discovery as follows:
   _____
   _____

        ☒   other:
                 ADR _____
   _____

2. Upon being notified by the Project that an attorney has been located to represent the Defendant Leonard Gross, that attorney shall be appointed as counsel for Leonard Gross in this matter for the scope of representation described above. If the appointment of counsel is for limited purposes, the Court shall issue an order relieving the volunteer attorney from the limited representation of the litigant once those purposes have been fulfilled.

3. All proceedings in this action are hereby stayed until April 16, 2012 while the Project attempts to locate counsel for Defendant Leonard Gross. This stay shall automatically expire after April 16, 2012 unless otherwise ordered.

IT IS SO ORDERED.

Dated: March 15, 2012



Donna M. Ryu
United States District/Magistrate Judge