UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE WAY, LLC, | No. C-09-04458 DMR |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| STEWART ET AL, | |
| Defendant(s). | |

The court scheduled and conducted a case management conference on March 14, 2011 in the above-entitled case. No appearance was made on behalf of Cross-Defendant Joy L. Monroe. IT IS HEREBY ORDERED that by no later than March 23, 2012, Cross-Defendant Joy L. Monroe shall file a letter with the court explaining her failure to appear at the case management conference and why sanctions should not issue.

IT IS SO ORDERED.

Dated: March 19, 2012

DONNA M. RYU
United States Magistrate Judge