UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOLDEN GATE WAY, LLC,   No. C-09-04458 DMR

    Plaintiff(s),   **ORDER TO SHOW CAUSE**

  v.

STEWART ET AL,

    Defendant(s).

_____/

The court scheduled and conducted a case management conference on March 14, 2011 in the above-entitled case. No appearance was made on behalf of Cross-Defendant Joy L. Monroe. IT IS HEREBY ORDERED that by no later than March 23, 2012, Cross-Defendant Joy L. Monroe shall file a letter with the court explaining her failure to appear at the case management conference and why sanctions should not issue.

IT IS SO ORDERED.

Dated: March 19, 2012



_____
DONNA M. RYU
United States Magistrate Judge