UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE WAY, LLC, | No. C-09-04458 DMR |
| Plaintiff(s), | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| STEWART ET AL, | |
| Defendant(s). | |

The court hereby discharges the order to show cause against Cross-Defendant Joy L. Monroe [Docket No. 270].

IT IS SO ORDERED.

Dated: March 27, 2012

DONNA M. RYU
United States Magistrate Judge