UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOLDEN GATE WAY, LLC,

    Plaintiff,

v.

STEWART, ET AL,

    Defendants.
_____/

No. C 09-04458 DMR

**ORDER APPOINTING COUNSEL AND EXTENDING STAY**

Because Defendant Leonard Gross is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Bill Tarantino, of Morrison & Foerster LLP, is hereby appointed as counsel for Leonard Gross in this matter. The scope of this referral shall be for the limited purpose of representing the litigant in the course of ADR. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines.

By order dated March 15, 2012, the court entered a stay of this action pending appointment of counsel. To provide Mr. Gross's new counsel with sufficient time to become familiar with the case, the court EXTENDS the stay to May 2, 2012. Further, unless Barry Gross or another individual agrees to an appointment as guardian ad litem for Leonard Gross, Plaintiff and the

\\
\\

Stewart cross-defendants shall file their motion for appointment of a guardian ad litem by no later than April 20, 2012, as previously ordered.

    IT IS SO ORDERED.

Dated: April 4, 2012

DONNA M. RYU
United States Magistrate Judge