UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOLDEN GATE WAY, LLC,

    Plaintiff,

v.

STEWART, ET AL,

    Defendants.

No. C 09-04458 DMR

**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON MOTION TO APPOINT GUARDIAN AD LITEM**

By order dated April 4, 2012, the court appointed counsel for Defendant Leonard Gross for the limited purpose of representing the litigant in the course of ADR and extended the stay to May 2, 2012, to provide counsel with sufficient time to become familiar with the case. On April 20, 2012, Plaintiff filed a motion to appoint guardian ad litem for Defendant Leonard Gross. Doc. no. 277. No opposition has yet been filed. In light of the stay having been lifted as of May 2, 2012, the court hereby orders that any opposition to the pending motion to appoint guardian ad litem must be filed no later than June 14, 2012. Plaintiff may file a reply by June 28, 2012. The court will hold a hearing on the motion on **July 12, 2012 at 11:00 a.m.** in Courtroom 4 of the Oakland courthouse.

IT IS SO ORDERED.

Dated: June 1, 2012

DONNA M. RYU
United States Magistrate Judge