1  WILLIAM F. TARANTINO (BAR NO. 215343)
   ALEJANDRO BRAS (BAR NO. 280558)
2  MORRISON & FOERSTER LLP
   425 Market Street, Suite 3300
3  San Francisco, California 94105
   Telephone: (415) 268-7000
4  Facsimile:  (415) 268-7522

5  Attorneys for Defendant
   Leonard A. Gross

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | GOLDEN GATE WAY, LLC, a California Limited Liability Company, | No.    CV 09-04458-DMR
12 |         Plaintiff, | Assigned for All Purposes to Magistrate Judge Honorable Donna M. Ryu, Ctrm 4, 3rd Fl.
13 | v. |
14 | JEANNE STEWART, JEANNE'S HAMLIN CLEANERS, JEANNE STEWART dba HAMLIN CLEANERS, TOMMY LEE STEWART, LEONARD A. GROSS, LEONARD A. GROSS PROFESSIONAL CORPORATION, MARTINO FAMILY TRUST, PAULINE F. KIDWELL AND GERALD MARTINO, TRUSTEES, ESTATE OF RONALD MONROE, DECEASED, ESTATE OF MATTHEW MONROE, DECEASED and DOES 1-10, inclusive, | **STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND HEARING DATE** ; ORDER CONTINUING CASE MANAGEMENT CONFERENCE
   |         Defendants. | Hearing Date: TBD
   | | Time: TBD
   | | Action Filed: September 22, 2009
   | | Trial Date: January 24, 2013

STIPULATION AND ORDER RE BRIEFING SCHEDULE
Case CV 09-04458-DMR
1

1  Pursuant to Local Rule 6.2(a), the agreement of the undersigned parties and following
2  discussion with the clerk of Court, the undersigned parties hereby stipulate to and request the
3  following schedule for the briefing and hearing of Plaintiff Golden Gateway LLC's Motion to
4  Appoint a Guardian Ad Litem for Leonard A. Gross.  The parties jointly request this
5  extension of time to conduct additional informal fact discovery and investigation into Mr.
6  Gross's solvency, competency, and potential liabilty in this matter.
7      1.   Defendant's opposition papers will be filed with the Court on or before Thursday,
8  August 2, 2012.
9      2.   Plaintiff's reply papers will be filed with the Court on or before Thursday, August 9,
10  2012.

3.   The hearing on Plaintiff's motion for appointment of a guardian ad litem for Defendant Leonard A. Gross is set for Thursday, August 23, 2012 at 11:00 a.m. PDT.

Dated: June 14, 2012                    MORRISON & FOERSTER LLP
                                        WILLIAM F. TARANTINO


                                        By:      /s/ William F. Tarantino (ECF)

                                        Attorneys for Defendant
                                        LEONARD A. GROSS.

Dated: June 14, 2012                    HANSON BRIDGET LLP
                                        JOHN CU


                                        By:        /s/ John Cu (ECF)

                                        Attorneys for Plaintiff
                                        GOLDEN GATE WAY, LLC and
                                        Cross-Defendants
                                        WILLIAM AND YOLANDA PEACOCK

Dated:  June 14, 2012                   WOOD SMITH HENNING & BERMAN LLP
                                        DAVID WOOD


                                        By:   /s/ David Wood (ECF)

                                        Attorneys for  Defendants and Cross-Defendants,
                                        JEANNE STEWART, JEANNE'S HAMLIN
                                        CLEANERS, JEANNE STEWART dba HAMLIN
                                        CLEANERS and TOMMY LEE STEWART

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.   IT IS FURTHER ORDERED THAT the 8/1/12 case management conference is continued to 8/23/12 at 11:00 a.m.  The joint case management conference statement is due 8/16/12.

Dated: June 15, 2012                    _____
                                        UNITED STATES MAGISTRATE JUDGE
                                        DONNA M. RYU

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Donna M. Ryu]