UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOLDEN GATE WAY, LLC,

    Plaintiff,

  v.

STEWART ET AL,

    Defendants.
_____/

No. C 09-04458 DMR

**ORDER REGARDING OPPOSITION TO PLAINTIFF'S MOTION TO APPOINT GUARDIAN AD LITEM**

On April 20, 2012, Plaintiff Golden Gate Way, LLC filed a motion to appoint a guardian *ad litem* for Defendant Leonard A. Gross and to substitute the guardian *ad litem* in his stead in the event this court is to find Defendant Gross incompetent. [Docket No. 277.] By stipulation of the parties and subsequent Order, any opposition to the motion was to be filed by no later than September 7, 2012. [Docket No. 284.] A hearing on the motion and Case Management Conference is set for September 27, 2012. To date, no opposition nor statement of non-opposition to the motion has been filed by any party, including Defendant Gross. The court's tentative ruling is to find Defendant Gross incompetent and to appoint his son, Barry Gross, as guardian *ad litem*. If any party objects to any portion of the court's tentative ruling, that party shall file objections by no later than September 12, 2012. Any objections must be specific and supported by law, and shall be no longer than three pages.

    IT IS SO ORDERED.

Dated: September 7, 2012

_____
DONNA M. RYU
United States Magistrate Judge