UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE WAY, LLC, | No. C 09-04458 DMR |
| Plaintiff(s), | **ORDER RE DEFENDANT'S OBJECTION TO COURT'S TENTATIVE RULING** |
| v. | |
| STEWART ET AL, | |
| Defendant(s). | |

The court is in receipt of Defendant Leonard A. Gross' objection to the court's September 7, 2012 tentative ruling to appoint Barry Gross as *guardian ad litem* for Defendant Gross. [Docket No. 288 (Objection).] Defendant notes that "[s]hould the Court sustain Defendant's objection, Defendant will seek to identify potential alternatives or organizations who may be able to identify a more suitable guardian ad litem for Mr. Gross." (Objection 2.) Accordingly, the court orders Defendant to identify potential alternative *guardian ad litems* for Mr. Gross. Defendant's counsel shall be prepared to present an alternative *guardian ad litem*, or report on counsel's progress towards identifying an alternative *guardian ad litem*, at the September 27, 2012 hearing and case management conference.

IT IS SO ORDERED.

Dated: September 14, 2012

DONNA M. RYU
United States Magistrate Judge