DAVID F. WOOD (State Bar No. 68063)
dwood@wshblaw.com
EMIL A. MACASINAG (State Bar No. 256953)
emacasinag@wshblaw.com
JON-ERIK W. MAGNUS (State Bar No. 278242)
jmagnus@wshblaw.com
Wood, Smith, Henning & Berman LLP
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
Phone: 310-481-7600 ♦ Fax: 310-481-7650

Attorneys for Defendants and Cross-Defendants, JEANNE STEWART, JEANNE'S HAMLIN CLEANERS, JEANNE STEWART dba HAMLIN CLEANERS (erroneously sued as Hamlin Cleaners), and TOMMY LEE STEWART

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| GOLDEN GATE WAY, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>JEANNE STEWART, JEANNE'S HAMLIN CLEANERS; HAMLIN CLEANERS; LEONARD A. GROSS, LINDA CAPIN GROSS; CONTRACTORS CAPITAL CORPORATION; LEONARD A. GROSS PROFESSIONAL CORPORATION; and DOES 1-10, INCLUSIVE,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 09-CV-04458-DMR<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR SUBSTITUTION UNDER RULE 25**<br><br>Complaint Filed: 9/22/09<br><br>[Assigned for All Purposes to Magistrate Judge Donna M. Ryu, Courtroom 4]<br><br>Discovery Cutoff: 9/3/2013<br>Motion Cutoff: 10/17/2013<br>Trial Date: 4/14/2014 |

WHEREAS, Defendant and Cross-Claimant Leonard A. Gross ("Gross") died in December 2012.

WHEREAS, counsel for Gross filed a suggestion of death on March 14, 2013. (Docket No. 307).

/ / /

WHEREAS, on May 15, 2013, counsel for Gross filed an Amended Suggestion of Death. (Docket No. 311).

WHEREAS, this Court issued an Order upon the stipulation of Plaintiff Golden Gate Way, LLC ("Plaintiff"), Defendant and Cross-Claimants Jeanne Stewart, Jeanne's Hamlin Cleaners, et al. ("Stewarts") and counsel for Gross that the deadline for substitution under the Amended Suggestion of Death is August 13, 2013. (Docket No. 313).

WHEREAS, Plaintiff, Stewarts, and Gross (collectively the "Parties") engaged in informal discovery facilitated by the mediator Lester Levy. Such discovery necessarily included a non-party, Barry Gross, the present custodian of Gross' records.

WHEREAS, despite diligent efforts by counsel, counsel for Gross was only recently provided documents by non-party Barry Gross, the discovery necessary for the Stewarts and Plaintiff to determine the identity of appropriate nonparties, if any, for substitution under Federal Rules of Civil Procedure Rule 25.

WHEREAS, Plaintiff and Stewarts received Gross' production related to their Rule 25 discovery on August 1, 2008.

WHEREAS, Plaintiff and Stewarts require additional time to evaluate the discovery provided Gross, in particular complex real estate transactions related to assets held by Gross.

WHEREAS, the Parties continue to meet and confer regarding the appropriate nonparties for substitution under Federal Rules of Civil Procedure Rule 25.

The Parties, by and through their respective counsel, hereby stipulate as follows:

1. The Parties agree that under the Federal Rules of Civil Procedure, Rule 6(b), this Court may extend the deadline for substitution by stipulation upon a showing of good cause.

2. The Parties agree that based on the timing of the production of documents by a non-party and the continued cooperation of the Parties to resolve outstanding issues through work with the mediator, good cause exists to extend the time in which to bring a

1 | substitution.

2 |     3.     The Parties agree that the deadline to file a motion for substitution is August
3 | 28, 2013.

4 |     4.     This stipulation may be executed in counterparts and signatures obtained
5 | via e-mail or facsimile and shall be considered originals.

6 | **IT IS SO STIPULATED.**

7 | DATED: August 8, 2013

By: _____
RAYMOND T. ROCKWELL
J. GARRET DEAL
Attorneys for Plaintiff Golden Gate Way,
LLC and Cross-Defendants William
Peacock and Yolanda Peacock
WOOD SMITH HENNING & BERMAN

DATED: August 8, 2013

By: _____
DAVID F. WOOD
EMILIO A. MACASINAG
JON-ERIK W. MAGNUS
Attorneys for Defendants
Jeanne Stewart, Jeanne's Hamlin
Cleaners, Jeanne Stewart dba Hamlin
Cleaners and Tommy Lee Stewart
MORRISON & FOERSTER LLP

DATED: August 8, 2013

By: _____
WILLIAM TARANTINO
Attorneys for Cross-Defendant
Leonard Gross

**IT IS SO ORDERED**

Dated: Aug. 9, 2013

_____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

1  substitution.

2      3.    The Parties agree that the deadline to file a motion for substitution is August
3  28, 2013.

4      4.    This stipulation may be executed in counterparts and signatures obtained
5  via e-mail or facsimile and shall be considered originals.

6  **IT IS SO STIPULATED.**

7  DATED: August 8, 2013

8      By:_____
    RAYMOND T. ROCKWELL
9      J. GARRET DEAL
    Attorneys for Plaintiff Golden Gate Way,
10     LLC and Cross-Defendants William
    Peacock and Yolanda Peacock
11 DATED: August 8, 2013    WOOD SMITH HENNING & BERMAN
12

13     By:_____
14     DAVID F. WOOD
    EMILIO A. MACASINAG
15     JON-ERIK W. MAGNUS
    Attorneys for Defendants
16     Jeanne Stewart, Jeanne's Hamlin
    Cleaners, Jeanne Stewart dba Hamlin
17     Cleaners and Tommy Lee Stewart
18 DATED: August 8, 2013    MORRISON & FOERSTER LLP

19

20     By:_____
21     WILLIAM TARANTINO
    Attorneys for Cross-Defendant
22     Leonard Gross

23 **IT IS SO ORDERED**

24

25 Dated: _____    _____
    HONORABLE DONNA M. RYU
26     UNITED STATES MAGISTRATE JUDGE

27

28

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650