1  DAVID F. WOOD (State Bar No. 68063)
   *dwood@wshblaw.com*
2  EMIL A. MACASINAG (State Bar No. 256953)
   *emacasinag@wshblaw.com*
3  JON-ERIK W. MAGNUS (State Bar No. 278242)
   *jmagnus@wshblaw.com*
4  Wood, Smith, Henning & Berman LLP
   10960 Wilshire Boulevard, 18th Floor
5  Los Angeles, California 90024-3804
   Phone: 310-481-7600 ♦ Fax: 310-481-7650
6

7  Attorneys for Defendants and Cross-Defendants, JEANNE STEWART, JEANNE'S
   HAMLIN CLEANERS, JEANNE STEWART dba HAMLIN CLEANERS (erroneously sued
8  as Hamlin Cleaners), and TOMMY LEE STEWART

9

10              **UNITED STATES DISTRICT COURT**

11        **NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

12

13  GOLDEN GATE WAY, LLC, a California       Case No. 09-CV-04458-DMR
    Limited Liability Company,
14                                           **STIPULATION AND ~~[PROPOSED]~~
                                             ORDER TO EXTEND THE DEADLINE
    Plaintiff,                               FOR SUBSTITUTION UNDER RULE 25**
15
16  v.                                       Complaint Filed: 9/22/09

    JEANNE STEWART, JEANNE'S HAMLIN          [Assigned for All Purposes to Magistrate Judge Donna
17  CLEANERS; HAMLIN CLEANERS;               M. Ryu, Courtroom 4]
    LEONARD A. GROSS, LINDA CAPIN
18  GROSS; CONTRACTORS CAPITAL
    CORPORATION; LEONARD A. GROSS           Discovery Cutoff:    9/3/2013
19  PROFESSIONAL CORPORATION; and           Motion Cutoff:       10/17/2013
    DOES 1-10, INCLUSIVE,                    Trial Date:          4/14/2014
20
    Defendants.
21
22  AND RELATED CROSS-ACTIONS
23

24      WHEREAS, Defendant and Cross-Claimant Leonard A. Gross ("Gross") died in

25  December 2012.

26      WHEREAS, counsel for Gross filed a suggestion of death on March 14, 2013.

27  (Docket No. 307).

28  / / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

1    WHEREAS, on May 15, 2013, counsel for Gross filed an Amended Suggestion of

2    Death. (Docket No. 311).

3    WHEREAS, this Court issued an Order upon the stipulation of Plaintiff Golden

4    Gate Way, LLC ("Plaintiff"), Defendant and Cross-Claimants Jeanne Stewart, Jeanne's

5    Hamlin Cleaners, et al. ("Stewarts") and counsel for Gross that the deadline for

6    substitution under the Amended Suggestion of Death is August 13, 2013. (Docket No.

7    313).

8    WHEREAS, Plaintiff, Stewarts, and Gross (collectively the "Parties") engaged in

9    informal discovery facilitated by the mediator Lester Levy. Such discovery necessarily

10   included a non-party, Barry Gross, the present custodian of Gross' records.

11   WHEREAS, despite diligent efforts by counsel, counsel for Gross was only

12   recently provided documents by non-party Barry Gross, the discovery necessary for the

13   Stewarts and Plaintiff to determine the identity of appropriate nonparties, if any, for

14   substitution under Federal Rules of Civil Procedure Rule 25.

15   WHEREAS, Plaintiff and Stewarts received Gross' production related to their Rule

16   25 discovery on August 1, 2008.

17   WHEREAS, Plaintiff and Stewarts require additional time to evaluate the discovery

18   provided Gross, in particular complex real estate transactions related to assets held by

19   Gross.

20   WHEREAS, the Parties continue to meet and confer regarding the appropriate

21   nonparties for substitution under Federal Rules of Civil Procedure Rule 25.

22   The Parties, by and through their respective counsel, hereby stipulate as follows:

23   1.    The Parties agree that under the Federal Rules of Civil Procedure, Rule

24   6(b), this Court may extend the deadline for substitution by stipulation upon a showing of

25   good cause.

26   2.    The Parties agree that based on the timing of the production of documents

27   by a non-party and the continued cooperation of the Parties to resolve outstanding issues

28   through work with the mediator, good cause exists to extend the time in which to bring a

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR
SUBSTITUTION UNDER RULE 25

1 | substitution.

2 |     3.      The Parties agree that the deadline to file a motion for substitution is August

3 | 28, 2013.

4 |     4.      This stipulation may be executed in counterparts and signatures obtained

5 | via e-mail or facsimile and shall be considered originals.

6 | **IT IS SO STIPULATED.**

7 | DATED: August 8, 2013

8 | By:_____
9 | RAYMOND T. ROCKWELL
    J. GARRET DEAL
    Attorneys for Plaintiff Golden Gate Way,
10 | LLC and Cross-Defendants William
    Peacock and Yolanda Peacock
11 | DATED: August 8, 2013    WOOD SMITH HENNING & BERMAN

12 |

13 | By:_____

14 | DAVID F. WOOD
    EMILIO A. MACASINAG
15 | JON-ERIK W. MAGNUS
    Attorneys for Defendants
16 | Jeanne Stewart, Jeanne's Hamlin
    Cleaners, Jeanne Stewart dba Hamlin
17 | Cleaners and Tommy Lee Stewart
    MORRISON & FOERSTER LLP
18 | DATED: August 8, 2013

19 |

20 | By:_____
    WILLIAM TARANTINO
21 | Attorneys for Cross-Defendant
    Leonard Gross

22 | **IT IS SO ORDERED**

23 |

24 | Dated: Aug. 9, 2013

25 | _____
    HONORABLE DONNA M. RYU
    UNITED STATES MAGISTRATE JUDGE

26 |

27 |

28 |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 • FAX 310-481-7650

-3-

09-CV-04458-DMR

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR
SUBSTITUTION UNDER RULE 25

1  substitution.

2      3.    The Parties agree that the deadline to file a motion for substitution is August

3  28, 2013.

4      4.    This stipulation may be executed in counterparts and signatures obtained

5  via e-mail or facsimile and shall be considered originals.

6  **IT IS SO STIPULATED.**

7  DATED: August 8, 2013

8                                                    By:_____
                                                     RAYMOND T. ROCKWELL
9                                                    J. GARRET DEAL
                                                     Attorneys for Plaintiff Golden Gate Way,
10                                                   LLC and Cross-Defendants William
                                                     Peacock and Yolanda Peacock
11 DATED:  August 8, 2013                            WOOD SMITH HENNING & BERMAN

12

13                                                   By:_____
                                                     DAVID F. WOOD
14                                                   EMILIO A. MACASINAG
                                                     JON-ERIK W. MAGNUS
15                                                   Attorneys for Defendants
                                                     Jeanne Stewart, Jeanne's Hamlin
16                                                   Cleaners, Jeanne Stewart dba Hamlin
                                                     Cleaners and Tommy Lee Stewart
17 DATED:  August 8, 2013                            MORRISON & FOERSTER LLP
18

19

20                                                   By:_____
21                                                   WILLIAM TARANTINO
                                                     Attorneys for Cross-Defendant
22                                                   Leonard Gross

23 **IT IS SO ORDERED**

24

25 Dated: _____      _____
                                   HONORABLE DONNA M. RYU
26                                 UNITED STATES MAGISTRATE JUDGE

27

28

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650