# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| GOLDEN GATE WAY, LLC, a California Limited Liability Company,<br><br>PLAINTIFF,<br><br>v.<br><br>JEANNE STEWART, JEANNE'S HAMLIN CLEANERS, JEANNE STEWART dba HAMLIN CLEANERS, TOMMY LEE STEWART, LEONARD A. GROSS, LEONARD A. GROSS PROFESSIONAL CORPORATION and DOES 1 – 10, inclusive,<br><br>DEFENDANTS.<br><br>AND RELATED CROSS-CLAIMS AND COUNTER-CLAIMS | CASE NO. C09-CV-04458-DMR<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST BY CROSS-DEFENDANT SCOTT MONROE TO APPEAR TELEPHONICALLY AT THE FURTHER CASE MANAGEMENT CONFERENCE SCHEDULED FOR SEPTEMBER 4, 2013<br><br>Date: September 4, 2013<br>Time: 1:30 p.m.<br><br>COMPLAINT FILED: 9/22/09<br><br>[Assigned for All Purposes to Magistrate Judge Donna M. Ryu, Courtroom 4] |

For the reasons set forth in the Request by Cross-Defendant Scott Monroe to appear telephonically at the Further Case Management Conference scheduled for September 4, 2013, the Court hereby finds good cause for the request and grants permission to Counsel for Cross-Defendant Scott Monroe to appear telephonically at the Further Case Management Conference, to be heard on September 4, 2013 at 1:30 p.m.

Cross-Defendant Scott Monroe must follow the protocol set forth in the attached Notice re: Telephonic Appearance Procedures for Magistrate Judge Donna M. Ryu.

Dated: 8/15/2013      By: /s/ Donna M. Ryu

                            DONNA M. RYU
                            United States Magistrate Judge