DAVID F. WOOD (State Bar No. 68063)
dwood@wshblaw.com
EMIL A. MACASINAG (State Bar No. 256953)
emacasinag@wshblaw.com
JON-ERIK W. MAGNUS (State Bar No. 278242)
jmagnus@wshblaw.com
Wood, Smith, Henning & Berman LLP
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
Phone: 310-481-7600 ♦ Fax: 310-481-7650

Attorneys for Defendants and Cross-Defendants, JEANNE STEWART, JEANNE'S HAMLIN CLEANERS, JEANNE STEWART dba HAMLIN CLEANERS (erroneously sued as Hamlin Cleaners), and TOMMY LEE STEWART

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| GOLDEN GATE WAY, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>JEANNE STEWART, JEANNE'S HAMLIN CLEANERS; HAMLIN CLEANERS; LEONARD A. GROSS, LINDA CAPIN GROSS; CONTRACTORS CAPITAL CORPORATION; LEONARD A. GROSS PROFESSIONAL CORPORATION; and DOES 1-10, INCLUSIVE,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 4:09-CV-04458-DMR<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**<br><br>Complaint Filed: 9/22/09<br><br>[Assigned to: Magistrate Judge Donna M. Ryu, Courtroom 4]<br><br>Trial Date:           1/26/2015 |

Pursuant to Federal Rule of Civil Procedure 41, plaintiff Golden Gate Way, LLC and cross-defendants William and Yolanda Peacock (collectively, "Plaintiffs"); defendants and cross-complainants Jeanne Stewart, Tommy Lee Stewart, Jeanne's Hamlin Cleaners, and Jeanne Stewart dba Hamlin Cleaners, erroneously sued as Hamlin Cleaners (collectively, the "Stewart Defendants"), and cross-defendant and cross-complainant Scott Monroe, and cross-defendant Joy Monroe (collectively the "PARTIES") by and through their undersigned counsel, hereby stipulate

as follows:

WHEREAS, Plaintiffs filed their Complaint on September 22, 2009 seeking costs for investigation and cleanup of soil and groundwater, as ordered by the Regional Water Quality Control Board, San Francisco Bay Region ("RWQCB"), pursuant to the Comprehensive Environmental Response Compensation and Liability Act ("CERCLA"), 42 U.S.C. §§ 9601, et seq, and other relief;

WHEREAS, Plaintiffs' Complaint, Cross-Complaint, and Cross-Claims named the Stewart Defendants, Scott Monroe and Joy Monroe;

WHEREAS, the Stewart Defendants filed Cross-Claims and Counter-Claims against, Plaintiffs, Scott Monroe and Joy Monroe;

WHEREAS, Scott Monroe filed Cross-Claims against Plaintiffs and the Stewart Defendants;

WHEREAS, Plaintiffs and the Stewart Defendants are cooperatively investigating allegations of soil, groundwater and soil gas contamination at the property subject of this litigation under the direction of the RWQCB. Plaintiffs' and the Stewart Defendants' investigative activities, as required by the RWQCB, are not complete;

WHEREAS, the PARTIES desire to participate in mediation and attempt settlement of the respective claims subsequent to the completion of Plaintiffs' and the Stewart Defendants' investigation, but require additional time so that the investigation required by the RWQCB may be completed. This timeline conflicts with the Court's present Case Management Order such to cause the parties to incur unnecessary costs or unnecessarily consume judicial resources. Additionally, the Plaintiffs and Stewart Defendants have represented that this additional time may result in the resolution of this matter without the participation of Scott Monroe;

WHEREAS, the PARTIES have entered into Tolling Agreements, which toll the statue of limitations for certain claims brought to date in this matter, causes the Parties to dismiss the present action without prejudice, allows for the completion of the Plaintiffs' and the Stewart Defendants' investigation of the subject property and allows for the Parties to mediate any unresolved claims.

**THE PARTIES HEREBY STIPULATE AND AGREE,** by and through their counsel of record, that:

1) Plaintiff's action is hereby dismissed without prejudice;

2) Any and all Cross- or Counter-Claims are hereby dismissed without prejudice;

3) The Parties will bear their own costs, attorneys' fees and expense; and

4) The foregoing dismissal is voluntary and shall not operate as adjudication on the merits under Rule 41 of the Federal Rules of Civil Procedure or for any other purpose. However, this voluntary dismissal does count as one dismissal for purposes of Federal Rule of Civil Procedure 41a(1)(B).

IT IS SO STIPULATED:

Dated: May 8, 2014

RAY T. ROCKWELL
J. GARRET DEAL
LAW OFFICES OF RAY T. ROCKWELL

By:   /s/ J. Garret Deal

Attorneys for Plaintiff, Counter-Defendant, Cross-Claimant, Cross-Defendant GOLDEN GATEWAY, LLC and Cross-Defendants WILLIAM PEACOCK and YOLANDA PEACOCK

Dated: May 8, 2014

DAVID F. WOOD
EMILIO A. MACASINAG
JON-ERIK W. MAGNUS
WOOD SMITH HENNING & BERMAN

By:   /s/ Jon-Erik W. Magnus

Attorneys for Defendants and Cross-Complainants JEANNE STEWART, JEANNE'S HAMLIN CLEANERS, JEANNE STEWART d/b/a HAMLIN CLEANERS and TOMMY LEE STEWART

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

1  Dated: May 8, 2014                    LINDA C. BERESFORD
                                         OPPER & VARCO LLP
2
                                         By:   /s/ Linda C. Beresford
3

4                                              Attorney for Defendant and Cross-
                                               Complainant SCOTT MONROE
5
   Dated: May 8, 2014                    AARON R. FELDMAN
6                                        FELDMAN LAW GROUP

7                                        By:   /s/ Aaron R. Feldman

8                                              Attorney for Defendant
                                               JOY MONROE
9

10 PURSUANT TO STIPULATION, IT IS SO ORDERED.

11 Dated:    May 9, 2014

12                                             The Honorable Donna M. Ryu
                                               United States Magistrate Judge

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650